IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES ARTHUR CULBRETH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:02-cv-1220-MEF |
| ) | WO |
| D. T. MARSHALL, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #46) to the Recommendation of the Magistrate Judge (Doc. #45) filed on February 8, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on January 24, 2006 is adopted;

3. The defendant's Motions for Summary Judgment (Doc. #17, #18 & #32) is GRANTED.

4. The costs of this proceeding are taxed against the plaintiff.

5. This case is DISMISSED with prejudice.

DONE this the 1st day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE